**Name:**

**Gregory Stenstrom**

**Email Address:**

**gregorystenstrom@gmail.com**

**Phone Number**

**856-264-5495**

**Are you filing a new case?**

**Yes, I'm filing a new case.**

**Case Caption**

**UNITE 4 FREEDOM, GREGORY STENSTROM, and HARRY HAURY v AL SCHMIDT, in his official capacity as Secretary of the Commonwealth of Pennsylvania**

**Description of Document(s)**

**New NVRA complaint with exhibits, emergency TRO/PI motion, two supporting declarations, and civil cover sheet.**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**1541 Farmers Lane**

**City:**

**Glen Mills**

**State:**

**PA**

**Zip Code:**

**19342**

**Terms of Submission**

**Yes**

Show empty values