**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITE 4 FREEDOM, 1NC., *et al.*,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-7467** |
| | : | |
| **AL SCHMIDT,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this 4th day of November, 2026, Plaintiffs Unite 4 Freedom, Inc., Gregory Stenstrom, and Harry Haury having filed a Complaint with the Court without either paying the fees to commence a civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. Unite 4 Freedom, Inc. shall instruct its counsel to file an entry of appearance on its behalf within thirty (30) days of the date of this Order.[1]

2. If Unite 4 Freedom seeks to proceed with this case, it must, within thirty (30) days of the date of this Order, pay $405 (the $350 filing fee and $55 administrative fee) to the Clerk of Court. Unite 4 Freedom, Inc. may not proceed *in forma pauperis*, because "only a natural person may qualify for treatment *in forma pauperis* under § 1915." *Rowland*, 506 U.S. at 196 (1993); *Upshur v. Hospedale*, No. 17-1358, 2018 WL 395729, at *2 (D. Del. Jan. 12, 2018).

3. If Stenstrom and Haury seek to proceed with this case, they must, within thirty (30) days of the date of this Order, either (1) pay $405 (the $350 filing fee and $55

---

[1] The Complaint was filed electronically. The individual plaintiffs' signatures appear at the end of the Complaint, but the signature of Renee Mazer, whose name appears as counsel for Unite 4 Freedom, Inc., does not. (*See* ECF No. 1 at 23.) The document includes only an "/s/" indicating that Mazer signed.

administrative fee) to the Clerk of Court, or (2) request leave to proceed *in forma pauperis*. If all plaintiffs together pay the entire fee upfront, only one fee is required. If no fee is paid and Stenstrom and Haury seek leave to proceed *in forma pauperis*, each must submit a separate motion to proceed *in forma pauperis* unless some plaintiffs are members of the same household, in which case those plaintiffs may file together, making sure that each signs the motion.

4. The Clerk of Court shall provide Stenstrom and Haury with appropriate non-prisoner applications to proceed *in forma pauperis*, bearing the civil action number of this case. Stenstrom and Haury may use these forms to seek leave to proceed *in forma pauperis* if they cannot afford to pay the fees to commence this case.

5. If any of the plaintiffs fails to comply with this Order, their claims may be dismissed without further notice for failure to prosecute.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.